**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:26CR161** |
| **vs.** | ) | **ORDER** |
| **TILLIAN HUTTON,** | ) | |
| **Defendant** | ) | |

This matter is before the Court on the defendant's Unopposed Motion to Continue Trial and Related Deadlines [26]. For the reasons set forth in the motion, and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial and Related Deadlines [26] is granted, in part as follows:

1. The jury trial, now set for December 1, 2026, is continued to **February 2, 2027.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 2, 2027**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The defendant's request to continue pretrial deadlines is denied without prejudice. Defendant may move to file a pretrial motion out of time pursuant to the Court's local rules, if necessary. NECrimR 12.3(a).

DATED: November 3, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge